UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

v.                                                             Case No. 2:23-mj-1104-NPM

**LISA ANN JOLLOFF**

| Judge: | Kyle C. Dudek | Counsel for Government | Trenton Reichling |
|---|---|---|---|
| Deputy Clerk: | Wendy Winkel | Counsel for Defendant: | Beatriz Vazquez |
| Court Reporter | Digital | Pretrial/ Probation | Ruben Fournier |
| Date/Time | June 16, 2023 2:10 PM | Interpreter | |
| Bench Time | 8 minutes | | |

**Initial Appearance**

Court advised Defendant of rights. Attorney Beatriz Vazquez appearing for defendant on a limited appearance.

Government summarized allegations and penalties. Oral DPPA order.

**Detention**

Government is not seeking detention. Court orders defendant released with conditions. Defendant waives a preliminary hearing.