UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

LISA ANN JOLLOFF,
Defendant.

Case No. 2:23-CR-00079

NOTICE OF APPEAL

Hon. Tom Barber, presiding

COMES NOW, Defendant LISA ANN JOLLOFF, and files this NOTICE OF APPEAL of the Judgment of April 10, 2025. Defendant respectfully requests appointment of counsel under the Criminal Justice Act, 18 USC § 3006A, as she is presently indigent.

DATED: April 24, 2025

Respectfully submitted,

/s/ Lisa Ann Jolloff

LISA ANN JOLLOFF (#64333-510)
c/o FDC Miami
P.O. Box 019120
Miami, FL 33101

Page 1 of 1