UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 23-CR-00079-TPB-NPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LISA ANN JOLLOFF,

    Defendant.
_____/

## MOTION TO WITHDRAW

Undersigned counsel, Paul D. Petruzzi, Esq., respectfully requests that this Honorable Court permit him to withdraw from further representation of the Defendant, Lisa Jolloff. In support of this motion, undersigned counsel states as follows:

1. Undersigned counsel entered his Notice of Appearance in this matter on July 17, 2023. (DE 34).

2. Accordingly, undersigns representation concluded at sentencing.

3. Given the foregoing, undersigned requests that this Court enter an Order permitting him to withdraw in this matter.

**WHEREFORE**, undersigned counsel, Paul D. Petruzzi, Esq., respectfully requests that this Honorable Court permit him to withdraw from further representation of the Defendant, Lisa Jolloff.

        Respectfully submitted,

        **Law Offices of Paul D. Petruzzi, P.A.**
        8101 Biscayne Blvd
        Penthouse 701
        Miami, FL 33138
        Telephone: (305) 373-6773
        Facsimile:   (305) 373-3832
        E-mail: petruzzi-law@msn.com

By:   PAUL PETRUZZI
       **PAUL D. PETRUZZI, ESQ.**
       Florida Bar No. 982059

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 19, 2025, a true and correct copy of the foregoing was furnished CM/ECF to counsel of record.

By:   PAUL PETRUZZI
       **PAUL D. PETRUZZI, ESQ.**